**RECEIVED**

JUL 1 4 2020

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:20-CR-105 |
| | ) | |
| v. | ) | <u>INDICTMENT</u> |
| | ) | |
| KHRISTA KAYE DERSHEM, | ) | T. 21 U.S.C. § 841(a)(1) |
| | ) | T. 21 U.S.C. § 841(b)(1)(B) |
| Defendant. | ) | T. 21 U.S.C. § 846 |
| | ) | T. 21 U.S.C. § 853 |

**THE GRAND JURY CHARGES:**

### <u>COUNT 1</u>
### (Conspiracy to Distribute a Controlled Substance)

From a date unknown, but at least by June 2018, and continuing until July 19, 2018, in the Southern District of Iowa, the defendant, KHRISTA KAYE DERSHEM, conspired with persons known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute and distribute a controlled substance, namely, 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, and 5 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

This is a violation of Title 21, United States Code, Sections 846 and 841(b)(1)(B).

1

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 2</u>
**(Possession with Intent to Distribute a Controlled Substance)**

On or about July 19, 2018, in the Southern District of Iowa, the defendant, KHRISTA KAYE DERSHEM, did knowingly and intentionally possess with the intent to distribute a controlled substance, namely, 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, and 5 grams or more of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

**THE GRAND FINDS:**

<u>**NOTICE OF FORFEITURE**</u>

That upon conviction of the offense set forth in Count[s] 1 and/or 2 of this Indictment, the defendant, KHRISTA KAYE DERSHEM, shall forfeit, to the United States, the following:

A.   **Proceeds.**   Any and all property constituting, and derived from, any proceeds such defendant obtained, directly or indirectly, and as a result of such violation, and

B.   **Facilitation.**   Any property used and intended to be used in any manner, or part, to commit or to facilitate the commission of such violation.

The property to be forfeited includes, but is not limited to: approximately $1,318 in U.S. currency, seized from a residence in the 1200 block of Lewis Avenue, Des Moines, Iowa, on or about July 19, 2018.

This is pursuant to Title 21, United States Code, Section 853, and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

**A TRUE BILL.**

FOREPERSON

Marc Krickbaum
United States Attorney

By: _____
Mikaela J. Shotwell
Assistant United States Attorney